UNITED STATES, PLAINTIFF *v.* ONE RED LAMBORGHINI (VIN ZA190000ELA12133, AND ONE BLACK LAMBORGHINI (VIN ZA190000ELA12144), DEFENDANT

Court No. 85–10–01393

ORDER

(Decided October 10, 1986)

DICARLO, *Judge:* In conformity with the order of the United States Court of Appeals for the Federal Circuit dismissing Appeal No. 86–1015 as moot and ordering that the Court of International Trade vacate the judgment from which the United States appealed, it is hereby ORDERED that the judgment of January 6, 1986 in Court No. 85–10–01393 be and hereby is vacated.